No. 248. JACOB GOLDMAN *v.* STATE OF ILLINOIS. Error to the Supreme Court of the State of Illinois. Motion to dismiss submitted October 4, 1926. Decided October 11, 1926. *Per Curiam.* Writ of error dismissed for want of

jurisdiction on the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Town of Graham,* 253 U. S. 193, 195. Application for certiorari is also denied. *Mr. Montgomery S. Winning* in behalf of *Messrs. Oscar E. Carlstrom* and *Edward C. Fitch* for defendant in error, in support of the motion. *Messrs. David D. Stansbury* and *Leslie A. Gilmore* for plaintiff in error, in opposition thereto.